

# MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
### Motion Information Statement

**Docket Number(s):** 06-5498-cr — United States v. Elias Nazario Fernandez

**Motion For:** Motion to Dismiss for Lack of Jurisdiction or Order Summarily Affirming the Conviction

**Set forth below precise, complete statement of relief sought:**

Dismissal of appeal because notice of appeal was not timely or, in the alternative, summary affirmance of the conviction because there are no non-frivolous grounds for appeal.

**Moving Party:** United States of America    **Opposing Parties:** Elias Nazario Fernandez

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner   ☒ Appellee/Respondent

*FILED / APR 3 0 2007 / Thomas Asreen, Acting Clerk / UNITED STATES COURT OF APPEALS SECOND CIRCUIT*

**Moving Attorney:** _____    **Opposing Attorneys:** _____
*(Name, with firm, address, phone number and email)*    *(Name, with firm, address, phone number and email)*

MICHAEL J. GARCIA
United States Attorney, SDNY
One St. Andrew's Plaza
New York, NY 10007
by: AUSA Arlo Devlin-Brown
Tel.: (212) 637-2476
Email: Arlo.Devlin-Brown@usdoj.gov

Ellyn Bank, Esq.
30 Vesey Street, Suite 100
New York, NY 10007
Tel: (212) 571-3980

**Court-Judge/Agency appealed from:** Hon. Harold Baer, United States District Judge, Southern District of New York

**Please check appropriate boxes:**

Has consent of opposing counsel:
A. been sought?    ☐ Yes ☒ No
B. been obtained?    ☐ Yes ☒ No

Is oral argument requested?    ☐ Yes ☒ No
*(requests for oral argument will not necessarily be granted)*

Has argument date of appeal been set?*   ☐ Yes ☒ No
If yes, enter date: _____
**Signature of Moving Attorney:**
_____
AUSA Arlo Devlin-Brown

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made below?    ☐ Yes ☐ No

Has this relief been previously sought in this Court?
☐ Yes ☐ No

Requested return date and explanation of emergency:
_____

*A TRUE COPY*
*Catherine O'Hagan Wolfe, Clerk*
*by* _____
*DEPUTY CLERK*

**Date:** 4/30/07   Has service been effected?   ☒ Yes ☐ No
[Attach affidavit of service]

---

## ORDER

Before: Hon. Robert A. Katzmann, Hon. Barrington D. Parker, Hon. Peter W. Hall,
*Circuit Judges.*

**IT IS HEREBY ORDERED that the motion for summary affirmance be and it hereby is GRANTED.**

*UNITED STATES COURT OF APPEALS / FILED / SEP 0 7 2007 / Catherine O'Hagan Wolfe, Clerk / SECOND CIRCUIT*

For the Court:
Catherine O'Hagan Wolfe, Clerk

*Lucille Carr*

By: Lucille Carr, Deputy Clerk

September 07, 2007
Date

**ISSUED AS MANDATE:** 9/28/07